Exhibit 2



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Dec 6 03:10:29 EST 2013

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

Start | List At: [    ] OR Jump | to record: [    ] Record 172 out of 336

[TSDR] [ASSIGN Status] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

# ONE LOVE

| | |
|---|---|
| **Word Mark** | ONE LOVE |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Entertainment services in the nature of live musical performances; organizing cultural festivals featuring music, dance, art exhibitions and heritage markets; providing information on a website relating to music, entertainment, and cultural festivals of others; and music publishing services |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77549263 |
| **Filing Date** | August 18, 2008 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |

| | |
|---|---|
| Published for Opposition | January 11, 2011 |
| Owner | (APPLICANT) Fifty-Six Hope Road Music Limited international business company BAHAMAS Aquamarine House, Cable Beach Nassau BAHAMAS |
| Attorney of Record | Jill M. Pietrini, Esq. |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Dec 6 03:20:38 EST 2013

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [ ] OR [Jump] to record: [ ] **Record 179 out of 336**

[TSDR] [ASSIGN Status] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

# ONE LOVE

| | |
|---|---|
| **Word Mark** | ONE LOVE |
| **Goods and Services** | IC 043. US 100 101. G & S: Bar and restaurant services; catering; coffee bars; health resort services, namely, providing food and lodging that specialize in promoting patrons' general health and well-being; hotel services; providing advice to tourists and business travelers on hotel and restaurant destinations; rental of beach chairs, towels and umbrellas for recreational use; resort lodging services; and wine bars |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77782232 |
| **Filing Date** | July 16, 2009 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Fifty-Six Hope Road Music Limited international business company BAHAMAS Aquamarine House, Cable Beach Nassau BAHAMAS |
| **Attorney of Record** | Jill M. Pietrini, Esq. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)          Page 1 of 2

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Dec 6 03:20:38 EST 2013

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [  ] OR [Jump] to record: [  ] **Record 208 out of 336**

[TSDR] [ASSIGN Status] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

# ONE LOVE

| | |
|---|---|
| **Word Mark** | ONE LOVE |
| **Goods and Services** | IC 025. US 022 039. G & S: Cloth bibs; Infant and toddler one piece clothing; Hats; Shirts; Sweat shirts; Tank-tops. FIRST USE: 19990300. FIRST USE IN COMMERCE: 19990300 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77233644 |
| **Filing Date** | July 19, 2007 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Fifty-Six Hope Road Music Limited International Business Company BAHAMAS Aquamarine House, Cable Beach Nassau BAHAMAS |
| **Attorney of Record** | Jill M. Pietrini, Esq. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY