Exhibit 3



### United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Dec 6 03:20:38 EST 2013



Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: | OR | Jump | to record: | **Record 252 out of 336**

TSDR ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | RAISING CANE'S CHICKEN FINGERS ONE LOVE |
| **Goods and Services** | IC 043. US 100 101. G & S: restaurant services. FIRST USE: 20011103. FIRST USE IN COMMERCE: 20011103 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.03.21 - Ovals that are completely or partially shaded<br>26.11.21 - Rectangles that are completely or partially shaded |
| **Serial Number** | 76434877 |
| **Filing Date** | July 26, 2002 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 2, 2003 |
| **Registration Number** | 2785751 |
| **Registration Date** | November 25, 2003 |
| **Owner** | (REGISTRANT) Raising Cane's USA, L.L.C. LIMITED LIABILITY COMPANY LOUISIANA 6800 Bishop Road Plano TEXAS 75024 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Bassam N. Ibrahim |
| **Prior Registrations** | 2343712 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CHICKEN FINGERS" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | |

|  |  |
|---|---|
|  | Color is not claimed as a feature of the mark. The stippling in the drawing is for shading purposes only. |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20130209. |
| Renewal | 1ST RENEWAL 20130209 |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Dec 6 03:20:38 EST 2013*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [ ] OR Jump to record: [ ] **Record 251 out of 336**

TSDR | ASSIGN Status | TTAB Status ( *Use the "Back" button of the Internet Browser to return to TESS)*

# ONE LOVE

| | |
|---|---|
| **Word Mark** | ONE LOVE |
| **Goods and Services** | IC 043. US 100 101. G & S: RESTAURANT SERVICES. FIRST USE: 20011100. FIRST USE IN COMMERCE: 20011100 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 76579348 |
| **Filing Date** | March 4, 2004 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 16, 2005 |
| **Registration Number** | 3033511 |
| **Registration Date** | December 27, 2005 |
| **Owner** | (REGISTRANT) Raising Cane's USA, L.L.C. LIMITED LIABILITY COMPANY LOUISIANA 6800 Bishop Road Plano TEXAS 75024 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | B. Parker Livingston, Jr. |
| **Prior Registrations** | 2785751 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Dec 6 03:20:38 EST 2013*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout   Please logout when you are done to release system resources allocated for you.

Start | List At: [ ] OR Jump to record: [ ]   **Record 49 out of 336**

TSDR  ASSIGN Status  TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# 1LV

| | |
|---|---|
| **Word Mark** | 1LV |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: (Based on Intent to Use) Stickers; bumper stickers |
| | IC 025. US 022 039. G & S: (Based on Intent to Use) Hats and caps |
| | IC 043. US 100 101. G & S: (Based on Use in Commerce) Restaurant services. FIRST USE: 20120104. FIRST USE IN COMMERCE: 20120104 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85568191 |
| **Filing Date** | March 13, 2012 |
| **Current Basis** | 1A;1B |
| **Original Filing Basis** | 1A;1B |
| **Published for Opposition** | June 25, 2013 |
| **Owner** | (APPLICANT) Raising Cane's U.S.A., LLC LIMITED LIABILITY COMPANY LOUISIANA 6800 Bishop Road Plano TEXAS 75024 |
| **Attorney of Record** | Bassam N. Ibrahim |
| **Prior Registrations** | 3033511;3123944 |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |

**Live/Dead Indicator**   LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY